# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES FARRIS,** | ) |
| Plaintiff. | ) Case No.: 2:19-cv-11350-JCZ-JVM |
| v. | ) |
| **SANTANDER CONSUMER USA, INC.,** | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: January 13, 2020       By: */s/ Joseph C. Hoeffel*
                                                            Joseph C. Hoeffel, Esquire
                                                            Kimmel & Silverman, P.C.
                                                            30 E. Butler Pike
                                                            Ambler, PA 19002
                                                            Phone: (215) 540-8888
                                                            Fax: (877) 788-2864
                                                            Email: jhoeffel@creditlaw.com

# **CERTIFICATE OF SERVICE**

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Miles O. Indest, Esquire
McGuire Woods, LLP
600 Travis Street, Suite 7500
Houston, TX 77002
mindest@mcguirewoods.com
Attorney for Defendant

Dated: January 13, 2020             By: */s/ Joseph C. Hoeffel*
                                    Joseph C. Hoeffel, Esquire
                                    Kimmel & Silverman, P.C.
                                    30 E. Butler Pike
                                    Ambler, PA 19002
                                    Phone: (215) 540-8888
                                    Fax: (877) 788-2864
                                    Email: jhoeffel@creditlaw.com