UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES FARRIS                                                        CIVIL ACTION

VERSUS                                                                NO: 19-11350

SANTANDER CONSUMER USA, INC.                                          SECTION: "A"(1)

## ORDER OF DISMISSAL

In light of the Notice of Settlement (Rec. Doc. 16) that was filed into the record of this matter,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty days (60) days, to seek summary judgment enforcing the compromise if it is not consummated by that time. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

February 11, 2020

_____
Judge Jay C. Zainey
United States District Court